[No. 69401-4-I.   Division One.   April 28, 2014.]

THE CITY OF KENT, *Appellant*, v. EVERARDO BECERRA-AREVALO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01212-8, LeRoy McCullough, J., entered September 7, 2012. *Reversed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 69416-2-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LADON WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08454-6, Susan J. Craighead, J., entered September 7, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[No. 69509-6-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NELDIN ODAIR LICONA-RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01418-0, Monica J. Benton, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Lau, JJ.

[No. 69542-8-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH JANE WIXOM, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00082-3, Dave Needy, J., entered October 31, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.